AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**

**DEC 13 2017**

Clerk, U.S. Courts
District Of Montana
Billings Division

| | |
|---|---|
| United States of America <br> v. <br> Manuel Paz SANCHEZ, Jr. (AKA Manuel Paz SANDHEZ and Manuel Sanchez PAZ, Jr.) <br><br> _Defendant_ | ) <br> ) Case No. MJ-17-69-BLG-TJC <br> ) <br> ) <br> ) <br> ) <br> ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Manuel Paz SANCHEZ, Jr. (AKA Manuel Paz SANDHEZ and Manuel Sanchez PAZ, Jr.),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about December 12, 2017, in the State and District of Montana, the defendant, Manuel Paz SANCHEZ, Jr. (AKA Manuel Paz SANDHEZ and Manuel Sanchez PAZ, Jr.), knowingly possessed, with the intent to distribute, 500 or more grams of a substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. 841(a)(1).

Date: 12-13-17

_Issuing officer's signature_

City and state:   Billings, Montana

_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 12-13-17, and the person was arrested on _(date)_ 12-13-17
at _(city and state)_ Columbus, MT.

Date: 12-13-17

_Arresting officer's signature_

Robert M. Grayson, SA
_Printed name and title_