IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL PAZ SANCHEZ,<br><br>Defendant. | MJ 17-69-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO WITHDRAW UNOPPOSED MOTION** |

Defendant has filed a Motion to Withdraw his Unopposed Motion to Continue Detention Hearing. (Doc. 12.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Defendant's previously filed Unopposed Motion to Continue Detention Hearing (Doc. 11) is withdrawn. The Court confirms that the Detention Hearing will be held on January 9, 2018 at 9:30 a.m.

DATED this 8th day of January, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge