GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
          Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL PAZ SANCHEZ,<br><br>Defendant. | Case No. CR-18-03-BLG-SPW<br><br>**DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS ON PLEA OF GUILTY** |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Crim. P 59(b)(2), defendant Robert Scott, is making the following objections to the Magistrate Judge's Findings and Recommendations on his Plea of Guilty on February 8, 2018. Defendant specifically objects to the courts Findings 3 and 4. Finding # 3 is that Defendant fully understands his pertinent constitutional rights and the extent to which he is waiving those rights by pleading guilty to the criminal offense charged against him. Finding

#4 is that his plea of guilty to the criminal offense charged against him is knowingly and voluntarily entered and is supported by independent factual grounds sufficient to prove each of the essential elements of the offense charged.

Defendant Sanchez states the following reason for his objections. Defendant asserts that his plea was not voluntary because it was not fully and adequately explained to him that by pleading guilty he would be giving up his 4th amendment rights and he would be unable to file pretrial motions in his case.

It is counsel's belief that this pleading is timely because it is within (14) fourteen days after the Findings and Recommendations were filed on February 8, 2018.

RESPECTFULLY SUBMITTED this 16th day of February, 2018.

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on February 16, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JOHN SULLIVAN
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
       Counsel for the United States.

3. MANUEL PAZ SANCHEZ
       Defendant

    /s/ Gillian E. Gosch
    GILLIAN E. GOSCH
    Federal Defenders of Montana
        Counsel for Defendant