**FILED**

FEB 2 3 2018

Clerk, U S District Court
District Of Montana
Billings



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MANUEL PAZ SANCHEZ, JR.,

Defendant.

CR 18-03-BLG-SPW

**ORDER**

Defendant entered his plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on February 8, 2018. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on February 8, 2018 (Doc. 26). However,

On February 16, 2018, Defendant filed Objections to Magistrate Judge's Findings and Recommendations on Plea of Guilty (Doc. 27). Therefore,

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 26) are **REJECTED.**

IT IS FURTHER ORDERED that Defendant's Change of Plea hearing is reset for **Thursday, March 8, 2018** at **10:30 a.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

1

The clerk shall promptly notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 23rd day of February, 2018.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge