IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JAN 1 1 2019

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 18-03-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MANUEL PAZ SANCHEZ, JR., *a/k/a* Manuel Sanchez Paz, Jr., | |
| Defendant. | |

On Friday, January 11, 2019, the Court held a hearing on the Defendant's pro se motion to substitute counsel. For the reasons stated on the record, the Defendant's motion (Doc. 48) is DENIED.

DATED this 11th day of January, 2019.

SUSAN P. WATTERS
United States District Judge