

FILED

JUN - 5 2019

Clerk, U S District Court
District Of Montana
Billings

## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO OPEN JUVENILE |
| VS. | ) | RECORDS / COURT DOCUMENTS |
| | ) | |
| MANUEL PAZ SANCHEZ JR. | ) | DOCKET NO. CR 18-03-BLG-SPW-01 |
| *aka Manuel Sanchez Paz Jr.* | | |

Whereas the above-named defendant has been charged with committing the offense of Possession with Intent to Distribute Methamphetamine, in United States District Court for the District of Montana, the Petitioner requests that the Court order all juvenile and adult records pertaining to the defendant held by California Division of Juvenile Justice, Placer County Superior Court, Sacramento County Superior Court, Sacramento County Sheriff's Office, Sacramento Police Department, Roseville Police Department, Sacramento County Juvenile Probation, Placer County Juvenile Probation, and California Department of Corrections and Rehabilitation, including charging documents, plea agreements, presentence investigation reports, incident reports, medical, treatment, attorney representation, and case dispositions, for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

Peyton Jones
United States Probation Officer

06-03-2019
Date

## ORDER

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this 5th day of June, 2019, the release of requested records held by California Division of Juvenile Justice, Placer County Superior Court, Sacramento County Superior Court, Sacramento County Sheriff's Office, Sacramento Police Department, Roseville Police Department, Sacramento County Juvenile Probation, Placer County Juvenile Probation, and California Department of Corrections and Rehabilitation, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

Honorable Susan P. Watters
United States District Judge